# EXHIBIT B

CASE NAM Zubia v. TexStar

| DATE | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2023_10_10 | NDTX | Filing Fee | $402.00 |
| 2023_11_16 | Proof | Service Fee | $238.00 |
| 2023_11_22 | Proof | Service Fee | $119.00 |



# Invoice #355704

November 16, 2023

Invoice Reference #: Zubia v. TexStar
Servee: TexStar Oilfield Services LLC
Servee Address: 7021 Kewanee ave, Building 5 suite 101, Lubbock , TX 79424
Job Created By: Bailey Belcoff

**Wage and Hour Firm**
5050 Quorum Drive, Suite 700
Dallas, Texas 75254

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: AR@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|------|-------|-----|-------|
| **Standard Serve**<br>Attempts Made: 5<br>Successful: No | $119.00 | 1 | $119.00 |
| **Additional Address**<br>For attempt at 7021 Kewanee ave Building 5 suite 101 Lubbock  TX 79424 | $119.00 | 1 | $119.00 |



| Total | $238.00 |
|-------|---------|
| Paid | $0.00 |
| Balance | $238.00 |

For questions or issues, please email AR@proofserve.com.

 **Proof**

# Invoice #358915

November 22, 2023

**Invoice Reference #:** Zubia v. TexStar
**Servee:** TexStar Oilfield Services LLC
**Servee Address:** 7021 Kewanee ave, Building 5 suite 101, Lubbock , TX 79424
**Job Created By:** Bailey Belcoff

| | |
|---|---|
| **Wage and Hour Firm** | **Proof** |
| 5050 Quorum Drive, Suite 700 | 1800 N Gaylord St |
| Dallas, Texas 75254 | Denver, CO 80206 |
| | Attn: AR@proofserve.com |
| | 720.724.8518 |

| Item | Price | Qty | Total |
|---|---|---|---|
| **Standard Serve**<br>Attempts Made: 4<br>Successful: Yes<br>Served: November 20, 2023 | $119.00 | 1 | $119.00 |

| | |
|---|---|
| Total | **$119.00** |
| Paid | **$0.00** |
| Balance | **$119.00** |

For questions or issues, please email AR@proofserve.com.

