UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| OSCAR H. ZUBIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEXSTAR OILFIELD SERVICES, LLC,<br><br>Defendant. | No. 5:23-CV-239-H |

## FINAL JUDGMENT

Before the Court is the plaintiff's unopposed motion for attorneys' fees and costs. Dkt. No. 42. The Court previously granted the plaintiff's motion for summary judgment, concluding that the defendant is liable to the plaintiff for $153,551.70 plus post-judgment interest and attorneys' fees. Dkt. No. 40 at 12–13. The Court subsequently ordered the plaintiff to submit a motion seeking and specifying the appropriate amount of attorneys' fees and costs. *Id.*; Dkt. No. 41. The plaintiff did so, and the Court agrees with the analysis and conclusion in the plaintiff's unopposed motion for attorneys' fees (Dkt. No. 42). The Court concludes that the plaintiff's lodestar calculation is reasonable and that no upward or downward adjustment is merited under the *Johnson* factors. *See generally Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974). Therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that:

The defendant is liable to the plaintiff in the amount of $153,551.70.

The defendant is liable to the plaintiff's counsel, Melinda Arbuckle, for attorneys' fees in the amount of $15,000 and costs in the amount of $759.

The Court's judgment as to all amounts is subject to post-judgment interest at a rate of 4.02%—the interest rate specified by the Northern District of Texas under 28 U.S.C. § 1961(a) that was in effect when the Court granted the plaintiff's motion for summary judgment. *See* Dkt. No. 40; *Post Judgment Interest Rates*, United States District Court for the Northern District of Texas (June 30, 2025 12:00 PM), https://perma.cc/V5CB-AZW6.

The Clerk of Court is directed to close this case.

So ordered on June 30, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE